UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Wendy Fonseca,

       Plaintiff(s),

                              CIVIL ACTION NO. 1:09CV12156 - RGS

v.

Richard J. Boudreau & Associates, LLC, et al.,

       Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    The Court having been advised by counsel that the above-entitled action has settled:

    It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within thirty (30) days if settlement is not consummated.

    SO ORDERED.

                                                   RICHARD G. STEARNS
                                                   UNITED STATES DISTRICT JUDGE

            BY:

                                                   /s/ *Terri Seelye*

Dated: June 17, 2010                           Courtroom Clerk to the
                                                 Honorable Richard G. Stearns